IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CR-103-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ROBERTO FONTANELLA, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) filed by EJ Hurst II, concerning Ashli Summer McKeivier, on April 23, 2018. Ashli Summer McKeivier seeks to appear as counsel *pro hac vice* for Defendant, Roberto Fontanella. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 6) is **GRANTED.** Ashli Summer McKeivier is hereby admitted *pro hac vice* to represent Defendant, Roberto Fontanella.

**SO ORDERED**.

Signed: April 23, 2018

David C. Keesler
United States Magistrate Judge