IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-103-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERTO FONTANELLA, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Unopposed Motion To Seal Memorandum In Aid Of Sentencing" (Document No. 32) filed May 16, 2019. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Memorandum in Aid of Sentencing contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and noting the Government does not oppose the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Unopposed Motion To Seal Memorandum In Aid Of Sentencing" (Document No. 32) is **GRANTED**, and the Memorandum in Aid of Sentencing, including its exhibits, is sealed until further Order of this Court.

Signed: May 20, 2019

David C. Keesler
United States Magistrate Judge