**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:18-cr-103-MOC-DCK-1**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERTO FONTANELLA | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for Restitution (Doc. No. 40). Having considered the motion, it appearing that the parties as well as the victims have agreed and stipulated to the amount of restitution, and having determined that such amount is both reasonable and fair restitution, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Joint Motion for Restitution (Doc. No. 40) is **GRANTED**, and the Judgment entered in this matter is **AMENDED** to reflect restitution payable to the victim in the "Tara" series in the amount of $1000.

**IT IS FURTHER ORDERED**, having determined the amount of restitution owed to such victims, that Defendant shall make restitution, pursuant to 18 U.S.C. § 3663A, as directed, to the United States District Court Clerk. The victim's recovery is limited to the amount of their loss and Defendant's liability for restitution ceases if and when the victim receives full restitution. If Defendant is unable to pay such amount in full now, during the period of imprisonment, payments shall be made through the Federal Bureau of Prison's Inmate Financial Responsibility Program. Upon release from imprisonment any remaining balance shall be paid in monthly installments of no less than $50 to commence within 60 days, until paid in full. Throughout the period of

supervision the probation officer shall monitor Defendant's economic circumstances and shall report to the court, with recommendations as warranted, any material changes that affect the defendant's ability to pay any court ordered penalties.

    The Clerk of Court shall prepare and submit to chambers an Amended Judgment reflecting the award of restitution.

Signed: October 18, 2019

Max O. Cogburn Jr.
United States District Judge